ia[AX&
M6 as:
 l/ 2 à¸m>ÂpÂv[ 
UMS;X

e8Xa
J
fy 9JaUS
ZY88m'
0 0¼0[WlW%a0®®Cl
DDDD4""
3P98#a(
vP-fE~
M4ÕXiao
ÙûvÒ[a«`«}
%Ám[
Ã =v$QÃ#ÌXL Â 
MZlPa1
Lr7 aB BOam'!
jGh5Xaa
a8ax82-v
M80M0A
 am80@
DNl|Z"rDNy@
iXKNZ
 80B""
a AX]v
WTJ0u 
wTJFWP6

RD s`
"B´BCP"C /t  t
Û Fh7GQå£K_p¯ÿÛ]xA­
mx{ -
E9 O2#9q
 e8aP0
3kD_q 
a#0C?
VC9S 6
 D<1Km
kpa0L
oDswDH
DRy
=r]
DkDri4
ao _{k
C
ÂºpiC8mÂ¦Âm&ÃÃÃ¹;V$(
 llBl$ 
DEDDDE!
a^SÃ¥: HÂÃtGKÃ¥V(3Â·KU
mumX}
a5Ã5V
ÃT3@ÃÃÃEBauKp
r6) 0xHa
OQ$ DA
DKcB;3
AÂ¨ ÃBaBa3XÃÂ¦AÂ,( ÃPÂ
Au Aw '
hNGg P

K"tGJW 
Nge$v"4
XDHgAS
0D16GVG
M DDDN
aBa &N
IWI5l/m
Ã¡SÃ-Ã;
eZ;Â¤NelÃ.w Â§
D6Np(&
J8aSd 
VhGR2K
MW a%
mm;UV 
d48h4 4
 +ÃVÃi6+bÂ® Â­B Â^-mZÂ°
vx1jr`
DDDDE 
 a0L" 
a1ml-6
 al'q$
H9 (zm 
 2 ? m0
PDNC@l
v iXI; ,6
PRsbdA
sX8 a0
 8/am+
mU7I;J
0Âl3`Âºkg 6!C d3Ã aÂ
DDDDiRB4
KYH1LP
hN;SEu
3DGE\Q
-Pqz"; aSÃa0Â©ÂÃ0ÂM
 l0K g
DDDDC0
0N "L,DDDE
hD82g$T 
Ã¿Ã¸ 
endstream endobj 45 0 obj <>stream 
hÞDëjÂ@
ïâO 
endstream endobj 46 0 obj <> endobj 47 0 obj <>stream 
H*äå2P
 
endstream endobj 48 0 obj <>stream 
HMoäÆ
O *iYMdaJÔ]6n&
BMu9EN
f (9bo7o

ÎCo*¸ 9TpëdÎ
ÎCï(8
âQÙ 
endstream endobj 49 0 obj <>/Filter/C
CITTFaxDecode/Height 4400/ImageMask false/Length 62753/Name/background_Page_10/Subtype/Image/Type/XObject/Width 3424>>stream 

ZDtGE#>2DBD|
za=T a4
44B[vq
tF6F9A
 fiæ©?^""#I*pº¥ZúT
eQ.fDo)
PlDDXL
 oD_p@
PaPpa MXa%M
DDDDJt, hDD
R WjCc
 66A!1
Ä íf¨85Y(UpÂ pôv¨4
FStCdv
ëa\6kw +×mm=ímmºA
GL! PaS@
kk 1XA
hDHa 3
m8tB[\
6 +H860
dLdtWJ
pr` Èð&|dtkó´ 0D
r oDN 
ÿím&tJé4 :JdO%"
dl TÂØL ÓL ïP@íP2@@L
zui'a6
 D0 6)
Oj(1M2
DD0B""
eFNd /
F a2@L
MPkL @
ONddG@
i± 3ÀÀ l;I2:BÓ AÔ(a2
 C!kzHi
Ôk UP1uUZ_ÿ_¤½t
l* BL5Aì+ %«aS
a NL(@
<0Âd4z Q$: &Ã¢"w Â8Bk!
DDDTDDDDE
s1INUb!
x m;]
!Â Ã (OÃ¬ |(M0Â¨apPAÂÂ
38!dha
zdL L&
PL&H
N
[]5AÂÃlÂÃ± xar1ÃpÃaa
Â¡Â¨emG>Ì2bs´1ÿ >Ì[
CL aXV
o 81NH
JèRz~
¯IRJº}ápV­
Ðl{ Pa2:bEr âÃLH
MSMU5A
DhDDGm
 iPOPPL
S h0[0
2 FJ(&dXI
à@@Âx a4ÐNd` *hr
al h4.
E¸h*"[ä[ UbÂkéa2@p
TF1" 
aBhaW 
n4A(v
B B CU
] 7\.½­Õhtï\Dihj×n¿
 s Dv!
 kpaBi
Pamh0A
Rl>stream 
hÞDÑjÃ0 EE?Pd;iì@1´
A61gc?
EOV 
endstream endobj 51 0 obj <> endobj 52 0 obj <>stream 
H*äå2P
 
endstream endobj 53 0 obj <>stream 
HWKãÈ ¾7ÐÿÁKvÎDõÐë A
fógó 4
DûCBo¡¨øA;A¤d
4K0(XG
bbK7f<|
 bJ.Hj~
^± 
endstream endobj 54 0 obj <>/Filter/CC
ITTFaxDecode/Height 4400/ImageMask false/Length 57207/Name/background_Page_11/Subtype/Image/Type/XObject/Width 3424>>stream 

 oDwD&4C
DDC$
a
jp,0B2
awOl'}
 EC0"i
k 'a-Â ZÝû ]°LAÅ;
RA-iKIVI-BA
L xL!f
r ;0GT
Fb #O5
0lP*pÁb Xa(0A¶kfÍ
DDDD4""
0 L!vjg
qYO]wi7
DDCB"!
jtv6.h
MADX)
 Pz¨T4°M ¡0P® ((@
 F4BXh
àÁA2è(NÕ9
qL00ÂIÜ]
$â×L5 XLØ1 [A4Ðj)ût
 JPPåbw R ,0±XM4Ó
D3 È°¡
 nv1zN
8S 2pzv
ELCPB::
ELÍLÌP¸ ÊAHPB_5¢@¤
uKH7Tt 
¿a/í{3×l% {
øI<0TÓ`
Tqllwa5
EDDYA"" !
DDDD0B&
ar* U;
 p8a(a`
4W
g`dW32
0RNL{F
xL*a 
5MBa8DN
JN>stream 
hÞD}KÃ0
*eO8 
endstream endobj 56 0 obj <> endobj 57 0 obj <>stream 
H*äå2P
 
endstream endobj 58 0 obj <>stream 
HKsã6
qMJM$1
FKA$fQ
u3b Yv
§<7¯ 
endstream endobj 59 0 obj <>/Filter/C
CITTFaxDecode/Height 4400/ImageMask false/Length 58938/Name/background_Page_12/Subtype/Image/Type/XObject/Width 3424>>stream 

aa aB!
H8wa Iu
mu]ml&
X5 &HtJ
xpi\H&
a­ 0a0 pif±]m1L
CBR5 
 d rRG
aIH8& 
Ba (PA
 \0Á$Ð6C¸Q§ %fÁs0ð
DDD_I$
iZVgC a}6
 Zv CT
Q dB`
$4É°f
MpL8a2l ® M
A3C+Ft
D8@f2R
6
H n.D
zMT'aS 
7TFENZ
0JA1C '
PM8=8y7A
xDNx m
ì' A4×39Ch0PdD&
BxPh0A
 lD2[
)
IqIlNd 
A¨ Â BaB"8`©·è40

7DHr l0
DDDTDDDq
xzo 'I
xMS~F 
Xamxi[ '`
 t kp
0MxaA2
a8eZtK
Q6)gkF
 aBtFzA
 D^pA
W &A 
aBmS[!
wao}d_
DhDDC(p
 8hD0@
DDIt""
zDRE]~
DDhDDt
DDD2[s
DDhDDG
__ôe´
jZ
 m,=05¦

vfgih
uXam; 
 Q8v)X
BXzr:=
h8uUxV
mHlN!a

Hm> 
XDNhb 
Ptv*I6
82)I CD&=
Y7V a2P
yN8NC

 w %iZ
UlWqXa
aPk 8h0
 xL&C
MoI[XUm&
k MXe
jgsgky
0RnL(*
BmH! 'A0A
WH7 G:
6B8Dl0
ÿÿ 
endstream endobj 60 0 obj <>stream 
hÞDoKÃ0
FTOY 
endstream endobj 61 0 obj <> endobj 62 0 obj <>stream 
H*äå2P
 
endstream endobj 63 0 obj <>stream 
HKo#7
xjxftE2
wc 9,(
þXÌ4c6¸H I²WM®\5©
LroT"!bR
ßÈ 
endstream endobj 64 0 obj <>/Filter/CCI
TTFaxDecode/Height 4400/ImageMask false/Length 50450/Name/background_Page_13/Subtype/Image/Type/XObject/Width 3424>>stream 

2 =wA7
mUEö½® Muml/k§k®«
DDDDED
DDEDDD0
DDDJDNb$
f2